# UNITED STATES DISTRICT COURT

SOUTHERN　　　　DISTRICT OF　　　　CALIFORNIA

UNITED STATES OF AMERICA
　　　　Plaintiff,
　　v.

HECTOR MARIN-BARRERA,
　　　　Defendant.

**APPEARANCE**

Case Number: 08MJ0178

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

HECTOR MARIN-BARRERA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/23/2008 | /s/ KRIS J. KRAUS |
| Date | Signature |
| | KRIS J. KRAUS / Federal Defenders of SD　　233699 |
| | Print Name　　　　　　　　　　　　　　　　Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City　　　　State　　　　Zip Code |
| | (619) 234-8467　　　(619) 687-2666 |
| | Phone Number　　　　　　　　　　　　　Fax Number |

## **CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 23, 2008
                /s/ Kris J. Kraus
                KRIS J. KRAUS
                Federal Defenders of San Diego, Inc.
                225 Broadway, Suite 900
                San Diego, CA 92101-5030
                (619) 234-8467  (tel)
                (619) 687-2666  (fax)
                e-mail: Kris_Kraus@fd.org